Honorable Robert Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH R. TIBBS,<br><br>Defendant. | No. CR16-130RSL<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS FILING DEADLINE |

THIS MATTER HAVING come before the Court on the parties' Stipulated Motion to Continue Trial Date and Pretrial Motions Filing Deadline, Dkt. # 15, and the Court having reviewed the file, and having considered the records herein:

THIS COURT incorporates by reference the facts set forth in the stipulated motion and FINDS pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) that failure to grant such a continuance in the proceedings would make a continuation of such proceedings impossible or result in a miscarriage of justice.

THIS COURT FINDS pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) that failure to grant the continuance would deny the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence and consider possible defenses and motions, taking into account the exercise of due diligence.

THIS COURT FINDS pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice will be served by a continuance and outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the trial date will be continued to January 17, 2017 with a Pretrial Motions due date of November 29, 2016. The time between the date of this order and the new trial date shall be excluded in computing the time within which a trial must be held pursuant to 18 U.S.C. § 3161(h)(7)(A).

Done this 26 day of September, 2016.

ROBERT S. LASNIK
United States District Judge