# UNITED STATES DISTRICT COURT
## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CR-00130-RSL |
| Plaintiff, | ORDER |
| vs. | ~~(Proposed)~~ |
| KENNETH RAY TIBBS, | |
| Defendant | |

This matter having come on upon request to withdraw the defendant's Motion to Withdraw as Counsel for the Defendant (ECF 25), the Court having considered the matter, and having reviewed the reasons stated herein, the motion should be granted, now and therefore it is hereby:

ORDERED that ECF 25, Motion to Withdraw as Counsel is withdrawn.

Done this 16th day of March, 2017.

_____
~~MARY ALICE THEILER~~
United States Magistrate Judge

ORDER WITHDRAWING MOTION
TO WITHDRAW AS COUNSEL                - 1