The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KENNETH TIBBS,<br><br>Defendant. | NO. CR16-130 RSL<br><br>ORDER TO DISMISS |

This matter having come before the Court on the Government's Motion to Dismiss Pending Supervised Release Violation, and the Court having reviewed the same:

IT IS ORDERED that the supervised release violation set forth in the Petition dated December 27, 2021, (Violation 1), *see* Dkt. 48, is hereby dismissed without prejudice.

DATED this   11th   day of February, 2022.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:
*/s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

ORDER TO DISMISS - 1
*United States v. Tibbs,* CR16-130 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970