UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KENNETH RAY TIBBS,<br><br>        Defendant. | NO. CR16-130RSL<br><br>ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |

The Court, having considered defendant's motion for early termination of supervised release, Dkt. # 61, the government's response at Dkt. # 62, and all the records and files in this case,

It is hereby ordered that defendant's supervised release shall terminate as of the date of this order.

DATED this 14th day of February, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE